IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES MULVANEY | § | CIVIL ACTION NO. |
| | § | _____ |
| | § | |
| | § | |
| V. | § | JURY DEMANDED |
| | § | |
| | § | |
| | § | NOTICE OF REMOVAL OF |
| ALLSTATE TEXAS LLOYDS | § | ACTION UNDER 28 U.S.C. |
| | § | § 1441(a) |

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Please take notice that, pursuant to 28 U.S.C. § 1441 and 1446, Defendant Allstate Texas Lloyds, and removes to this Court the state court action pending in the 128th Judicial District Court of Orange County, Texas, and invoking this Court's diversity jurisdiction, on the grounds explained below.

1. On October 10, 2018, Plaintiff filed suit in Orange County against the Defendant. The suit was assigned to the 128th Judicial District Court of Orange County, Texas, styled Cause No. A180400-C; *Charles Mulvaney v. Allstate Texas Lloyds.* Defendant was served/received notice of this suit on October 10, 2018. As required by 28 U.S.C. § 1446(b), this notice of removal is timely filed by the Defendant within thirty (30) days following receipt by Defendant of the initial pleadings.

2. Removal of this action is proper, because this Court has original diversity jurisdiction under 28 U.S.C. § 1332 and the action is one that may be removed by Defendant pursuant to 28 U.S.C. § 1441(b); specifically, this is a civil action wherein the

matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and the Defendant is diverse in citizenship from Plaintiff.

3. There is complete diversity among the parties as required by 28 U.S.C. § 1332(a). Plaintiff is a citizen of Texas. Defendant Allstate Texas Lloyds is not a citizen of the State of Texas. Defendant, Allstate Texas Lloyds, is foreign organization incorporated pursuant to the laws of the State of Illinois and does not have its principal place of business in the State of Texas. The Defendant consents to removal of this case to Federal Court.

4. The amount in controversy exceeds $75,000.00 as required by 28 U.S.C. § 1332 (a). Plaintiff's Original Petition recites that he is seeking actual damages, statutory damages, treble damages, and attorney's fees for breach of contract and violations of Chapter 541 and 542 of the Texas Insurance Code, Texas Business and Commerce Code, breach of the duty of good faith and fair dealing, and misrepresentation relating to the Defendant's alleged failure to properly adjust the claim for Plaintiff's alleged property damage. Plaintiff's Petition states Plaintiff is seeking monetary relief over $100,000.00, but not more than $200,000.00. Thus, Plaintiff's Petition shows on its face, that Plaintiff's claims are in excess of $75,000.00. *See* Plaintiff's Petition incorporated herein under Exhibit "A".

5. The Clerk's full record in this case is attached as Exhibit "B". A list of all Counsel of Record is attached as Exhibit "C". The Civil Cover Sheet is attached as Exhibit "D".

6. Venue is proper in this district because the district and division embrace the place where the removal action has been pending.

7. Defendant will promptly provide written notice of the filing of this Notice of Removal to all parties and to the clerk of the 128th Judicial District Court of Orange County, Texas.

8. Defendant respectfully requests that the state court action be removed and placed on this Court's docket for further proceedings. Defendant further requests any additional relief to which it may be justly entitled.

DATE: October 30, 2018.

Respectfully submitted,

*/s/ John M. Causey*

_____

John M. Causey
State Bar No. 04019100
Southern District Bar No. 23926
HOPE & CAUSEY, P. C.
P. O. Box 3188
Conroe, Texas  77305-3188
(936) 441-4673 - Telephone
(936) 441-4674 - Facsimile
hcdocket@hope-causey.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

        Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all interested parties on October 30, 2018, via e-filing addressed to:

David Bergen
Daly & Black, P.C.
2211 Norfolk St., Ste. 800
Houston, Texas 77098

                                                */s/ John M. Causey*

                                                John M. Causey